JS6

HELEN M. LUETTO, State Bar No. 119478
hluetto@wfbm.com
KENDRA E. BRAY, State Bar No. 285743
kbray@wfbm.com
WFBM, LLP
One City Boulevard West, Fifth Floor
Orange, California 92868-3677
Telephone: (714) 634-2522
Facsimile: (714) 634-0686

Attorneys for STATE FARM GENERAL
INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| RONDA SELLS,<br><br>    Plaintiff,<br><br>v.<br><br>STATE FARM GENERAL INSURANCE COMPANY, et al.,<br><br>    Defendants. | Case No. 2:19−cv−09350−RGK−RAO<br><br>(Los Angeles Superior Court, Case No. 19STCV36015)<br><br>**ORDER DISMISSING ACTION AGAINST DEFENDANT STATE FARM GENERAL INSURANCE COMPANY WITH PREJUDICE**<br><br>Hon.: Hon. R. Gary Klausner<br><br>Trial Date: December 1, 2020 |

This Court has read and considered the stipulation reached between plaintiff Ronda Sells ("Plaintiff") and defendant State Farm General Insurance Company ("State Farm"). The stipulation allows for a dismissal of this action against State Farm, so long as the dismissal is with prejudice and each party bears his/her/its own costs and fees, including attorney's fees.

/ / /

/ / /

/ / /

/ / /

/ / /

5313407.1
4893-3.5243

-1-
ORDER DISMISSING ACTION

The Court accepts the stipulation and hereby orders:

Plaintiff's action against State Farm is dismissed WITH PREJUDICE. Each party shall bear his/her/its own costs and fees, including attorney's fees.

**IT IS SO ORDERED.**

Dated: September 28, 2020

_____
HON. R. GARY KLAUSNER
UNITED STATES DISTRICT COURT JUDGE